

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Estella G. Barrientos, individually
and independent administratix of the
Estate of Donato Lujan Barrientos;
Vivian Barrientos; Eva Barrientos;
and Eusebio Barrientos,

* From the County Court at Law No. 2
of Ector County,
Trial Court No. 19,744-09.

Vs. No. 11-22-00147-CV

* September 14, 2023

Modesto L. Barrientos,

*Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Estella G. Barrientos, individually and independent administratix of the Estate of Donato Lujan Barrientos; Vivian Barrientos; Eva Barrientos; and Eusebio Barrientos.